**Order entered April 9, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01555-CV

## CELERINA RAMIREZ AND RUBEN DELUIS, Appellants

## V.

## MARIO SCCAFFETTI AND RUBY LEE SCCAFFETTI, Appellees

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-14315

### ORDER

As directed to do so, appellants have provided written verification they have paid for the reporter's record. Accordingly, we **ORDER** Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court, to file the record no later than May 11, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Shaw and the parties.

/s/     KEN MOLBERG
         JUSTICE